BENJAMIN B. WAGNER
United States Attorney
MICHAEL D STANLEY
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00347-DAD |
| | ) |
| Plaintiff, | ) ORDER DISMISSING THE |
| | ) INFORMATION |
| v. | ) |
| | ) |
| | ) |
| KENTRAIELL L. MILLER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby ordered that the Information filed in case number 2:13-MJ-0347-DAD is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  November 20, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
13mj0347.Miller.Mot.to.Dismiss